IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUDREY ALLEN HIMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-15-1084-R ) |
| ENID POLICE DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell. Doc. No. 17. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the unnamed GCDC officer, and all claims stated against him are DISMISSED WITHOUT PREJUDICE from this action.

IT IS SO ORDERED this 29th day of February, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE